**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

FILED-CLERK
U.S. DISTRICT COURT

2007 JUN 20  PM 3:03

TX EASTERN-MARSHALL

BY_____  _____

| | |
|---|---|
| BENEFICIAL INNOVATIONS, INC., | |
| Plaintiff, | CASE NO. **2-07** C V - **2 6 3** |
| vs. | **Jury Trial Demanded**   TXJv/CE |
| BLOCKDOT, INC., a Texas Corporation; CAREERBUILDER, LLC, a Delaware corporation; CNET NETWORKS, INC., a Delaware corporation; DIGG, INC., a Delaware corporation; EBAUM'S WORLD, INC., a New York corporation; JABEZ NETWORKS, INC., a Tennessee corporation; THE NEW YORK TIMES COMPANY, a New York corporation; THE WASHINGTON POST COMPANY; a Delaware Corporation; THE WEATHER CHANNEL INTERACTIVE, INC., a Georgia corporation, | |
| Defendants. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Beneficial Innovations, Inc. ("Beneficial Innovations") sues Defendants Blockdot, Inc., Careerbuilder, LLC, CNET Networks, Inc., Digg, Inc., Ebaum's World, Inc., Jabez Networks, Inc., The New York Times Company, The Washington Post Company, and The Weather Channel Interactive (collectively "Defendants") and, on information and belief, alleges as follows:

### Introduction

1.    Plaintiff Beneficial Innovations, Inc. ("Beneficial Innovations") owns the invention described and claimed in United States Patent No. 6,712,702 entitled "Method and System for Playing Games on a Network" (the "'702 Patent") Defendants (a) have used and

1

continue to use Plaintiff's patented technology in products that they make, use, import, sell, and offer to sell, and (b) have contributed to or induced, and continue to contribute to or induce, others to infringe the '702 patent. Beneficial Innovations seeks damages for patent infringement and an injunction preventing Defendants from making, using, selling, or offering to sell, and from contributing to and inducing others to make, use, sell, or offer to sell, the technology claimed by the '702 patent without Plaintiff's permission.

## Jurisdiction and Venue

2.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271 and 281, *et seq.* The Court has original jurisdiction over this patent infringement action under 28 U.S.C. § 1338(a).

3.      Each of the Defendants has committed acts and continues to commit acts within this judicial district giving rise to this action. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) and § 1400.

## Plaintiff Beneficial Innovations

4.      Plaintiff Beneficial Innovations is a corporation existing under and by virtue of the laws of the State of Nevada.

## Defendants

5.      Defendant Blockdot, Inc. is a corporation organized and existing under the laws of the State of Texas, with its principal place of business in Dallas, Texas.

6.      Defendant Careerbuilder, LLC is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Chicago, Illinois.

7.      Defendant Cnet Networks, Inc is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in San Francisco, California.

2

8.      Defendant Digg, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in San Francisco, California.

9.      Defendants Ebaum's World, Inc. is a corporation organized and existing under the laws of the State of New York, with its principal place of business in Rochester, New York.

10.     Defendant Jabez Networks, Inc is a corporation organized and existing under the laws of the State of Tennessee, with its principal place of business in Brentwood, Tennessee.

11.     Defendant The New York Times Company is a corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, New York.

12.     Defendant The Washington Post Company is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Washington, D.C.

13.     Defendant The Weather Channel Interactive, Inc is a corporation organized and existing under the laws of the State of Georgia, with its principal place of business in Atlanta, Georgia.

**First Claim for Patent Infringement**
**(infringement of the '702 patent)**

14.     Plaintiff incorporates by reference each of the allegations in paragraphs 1 - 17 above and further alleges as follows:

15.     The United States Patent and Trademark Office issued the '702 patent on March 30, 2004  Attached as Exhibit A is what is believed to be a copy of the text of the '702 patent  Through assignment, Plaintiff is the owner of all right, title, and interest in the '702 patent, including all rights to pursue and collect damages for past infringements of the patent.

16.     Defendants Careerbuilder, LLC, Classmates Online, Inc., CNET Networks, Inc , Digg, Inc , Ebaum's World, Inc., Howstuffworks, Inc , IGN Entertainment, Inc ,

3

Jabez Networks, Inc., Lexico Publishing Group, Photobucket.com, Inc., The New York Times
Company, The Washington Post Company, and The Weather Channel Interactive have infringed,
contributed to the infringement, or induced others to infringe the '702 Patent and, unless
enjoined, will continue to infringe the '702 Patent by using the method(s) claimed in the '702
Patent or by contributing to or inducing others to use the claimed method(s), including at least
the use of the patented methods on the following websites, without a license or permission from
Plaintiff:

| Defendant | Infringing website |
|---|---|
| Blockdot, Inc. | www.kewlbox.com; www.boxerjam.com |
| Careerbuilder, LLC | www.careerbuilder.com |
| CNET Networks, Inc. | www.gamespot.com; www.download.com; www.cnet.com |
| Digg, Inc. | www.digg.com |
| Ebaum's World, Inc. | www.ebaumsworld.com |
| Jabez Networks, Inc. | www.rivals.com |
| The New York Times Company | www.nytimes.com |
| The Washington Post Company | www.washingtonpost.com |
| The Weather Channel Interactive | www.weather.com |

17.    Plaintiff has been damaged by Defendants' infringement of the '702 patent
and will suffer additional irreparable damage and impairment of the value of its patent rights
unless Defendants are enjoined from continuing to infringe the '702 patent.

18.    The Defendants are and have been willfully infringing one or more claims
of the '702 patent.

19    Plaintiff is entitled to recover damages from the Defendants to compensate
them for the infringement.

20    Plaintiff demands trial by jury of all issues relating to this claim.

4

WHEREFORE, Plaintiff prays for judgment as follows:

    A.      A decree preliminarily and permanently enjoining Defendants, their officers, directors, employees, agents, and all persons in active concert with them, from infringing, and contributing to or inducing others to infringe, the '702 patent;

    B.      Compensatory damages for Defendants' infringement of the '702 patent;

    C      Treble the compensatory damages as consequence of Defendants' willful infringement;

    D.      Costs of suit and attorneys' fees on the basis that this patent infringement case is exceptional;

    E.      Pre-judgment interest; and

    F.      For such other relief as justice requires.

Dated:  June 20, 2007

Respectfully submitted,

By: _____
    S. Calvin Capshaw
    State Bar No. 03783900
    Email: ccapshaw@mailbmc.com
    Elizabeth L. DeRieux
    State Bar No. 05770585
    Email: ederieux@mailbmc.com
    Andrew W. Spangler
    State Bar No 24041960
    Email: aspangler@mailbmc.com
    Brown McCarroll, L.L.P.
    1127 Judson Road, Suite 220
    Longview, TX 75601
    Telephone:  (903) 236-9800
    Facsimile:  (903) 236-8787

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone:  903/531-3535
Facsimile: 903/533-9687

Franklin Jones, Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 W. Houston St
P.O. Drawer 1249
Marshall, TX 75671
Phone: (903) 938-4295

Otis W. Carroll, Jr.
State Bar No. 03895700
Email: fedserv@icklaw.com
6101 S. Broadway, Suite 500
Tyler, TX 75703

Of Counsel:

Gregory S. Dovel
CA State Bar No. 135387
E-mail: greg@dovellaw.com
Julien Adams
CA State Bar No. 156135
E-mail: julien@dovellaw.com
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069

ATTORNEYS FOR PLAINTIFF
BENEFICIAL INNOVATIONS